# IN THE SUPREME COURT OF THE STATE OF NEVADA

SPANISH HEIGHTS ACQUISITION COMPANY, LLC; SJC VENTURES HOLDING COMPANY, LLC, D/B/A SJC VENTURES, LLC,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JOANNA KISHNER, DISTRICT JUDGE,
Respondents,
    and
CBC PARTNERS I, LLC; CBC PARTNERS, LLC; 5148 SPANISH HEIGHTS, LLC; KENNETH ANTOS; AND SHEILA NEUMANN-ANTOS; DACIA, LLC,
Real Parties in Interest.

No. 84149

FILED

FEB 0 1 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR WRIT OF MANDAMUS OR PROHIBITION

This original, emergency petition for a writ of mandamus or prohibition challenges the district court's January 28, 2022, oral ruling on petitioners' motion for an injunction to prevent a non-judicial foreclosure sale from proceeding. Petitioners have also filed an emergency motion for stay.

Having considered the petition and supporting documentation, we are not convinced that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist.*

22 - 03292

*Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). In particular, the availability of an appeal is generally an adequate legal remedy precluding writ relief. *Pan*, 120 Nev. at 224, 88 P.3d at 841; *see* NRS 34.170; NRS 34.330. Petitioners may appeal from the district court's order denying an injunction, NRAP 3A(b)(3), and we are not persuaded that such an appeal would be an inadequate remedy here. Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Parraguirre

_____, J.       _____, J.
Silver                                            Pickering

cc:   Hon. Joanna Kishner, District Judge
      Maier Gutierrez & Associates
      Mushkin & Coppedge
      Eighth District Court Clerk

---

[1]Petitioners have additionally failed to demonstrate that it was impracticable to first seek stay relief in the district court, which is in a better position to determine issues of duration and bond amount, under NRAP 8(a). In light of this order, however, their emergency motion for stay is denied as moot.